# Order

Michigan Supreme Court
Lansing, Michigan

February 17, 2017

154890(24)(25)

Stephen J. Markman
Chief Justice

Robert P. Young, Jr.,
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

EDWARD NATHANIEL CARLTON,
        Defendant-Appellant.

SC: 154890
COA: 334461
Washtenaw CC: 85-019976-FC

_____/

On order of the Chief Justice, the motions of defendant-appellant to extend the time for filing his reply and to exceed the page limitation are GRANTED. The reply submitted on January 26, 2017, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 17, 2017



Clerk